1  DEBRA W. YANG
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   GARY PLESSMAN
4  Assistant United States Attorney
   Chief, Civil Fraud Section
5  California Bar Number 101233
        Room 7516, Federal Building
6       300 North Los Angeles Street
        Los Angeles, California 90012
7       Telephone: (213) 894-2474
        Facsimile:  (213) 894-2380
8
   Attorneys for Plaintiff
9  United States of America

Priority
Send
Clsd
Enter
JS-6/JS-6
JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT

DEC 1 5 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

LODGED

20 DEC 10 AM 10:00
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CA.
LOS ANGELES

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

10
11
12
13  UNITED STATES OF AMERICA,        )
14                    Plaintiff,      )
15              v.                    )
16  We The People Forms And Service Centers )
    USA, Inc., a California corporation,     )
17                    Defendant.      )
18

CV 04 10075 GHK FMOx

Civ. No.

## STIPULATED JUDGMENT AND ORDER FOR
## PERMANENT INJUNCTION

19

20      Plaintiff, the United States of America, acting upon notification and authorization to the

21  Attorney General by the Federal Trade Commission ("FTC" or "Commission"), pursuant to

22  Section 16(a)(1) of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 56(a)(1), has

23  filed a complaint pursuant to Sections 5(a)(1), 5(m)(1)(A), 13(b), 16(a), and 19 of the FTC Act,

24  15 U.S.C. §§ 45(a)(1), 45(m)(1)(A), 53b, 56(a), and 57b, to secure civil penalties, a permanent

25  injunction, and other equitable relief for Defendant's violations of Section 5 of the FTC Act, 15

26  U.S.C. § 45(a), and the Commission's Trade Regulation Rule entitled "Disclosure Requirements

27

28  Stipulated Judgment

DOCKETED ON CM

DEC 1 7 2004

BY                    013



1  and Prohibitions Concerning Franchising and Business Opportunity Ventures" ("the Franchise

2  Rule" or "the Rule"), 16 C.F.R. Part 436.  The parties to this action agree to settlement of this

3  action without adjudication of any issue of fact or law and without the Defendant admitting

4  liability for any of the violations alleged in the complaint.

5       **THEREFORE**, on the joint motion of the parties, it is hereby **ORDERED, ADJUDGED,**

6  and **DECREED** as follows:

7                           **FINDINGS**

8  1.      This Court has jurisdiction of the subject matter and of the parties pursuant to 28 U.S.C.

9  §§ 1331, 1337(a), and 1345, and 15 U.S.C. §§ 53(b) and 57b.

10  2.      Venue in this District is proper as to all parties.

11  3.      The complaint states a claim upon which relief may be granted against the Defendant under

12  Sections 5(a), 5(m)(1)(A), 13(b), and 19 of the FTC Act, 15 U.S.C. §§ 45(a), 45(m)(1)(A), 53(b),

13  and 57b.

14  4.      The activities of the Defendant as alleged in the complaint are in or affecting commerce, as

15  defined in 15 U.S.C. § 44.

16  5.      Defendant has entered into this Stipulated Judgment and Order for Permanent Injunction

17  ("Order") freely and without coercion.  The undersigned officer of Defendant further

18  acknowledges that he has read the provisions of this Order and is prepared to abide by them.

19  6.      Plaintiff and Defendant hereby waive all rights to appeal or otherwise challenge or contest

20  the validity of this Order.

21  7.      Defendant has agreed that this Order does not entitle Defendant to seek or to obtain

22  attorneys' fees as a prevailing party under the Equal Access to Justice Act, 28 U.S.C. § 2412, and

23  Defendant further waives any rights to attorneys' fees that may arise under said provision of law.

24  8.      Entry of this Order is in the public interest.

25                         **DEFINITIONS**

26       For purposes of this Order, the following definitions shall apply:

27  1.      "Defendant" means We The People Forms And Service Centers USA, Inc. ("We The

28  Stipulated Judgment               Page 2 of 15

1  People").

2  2.      "Person" means a natural person or a corporation, partnership, proprietorship, or other

3  organization or legal entity, including an association, cooperative, or agency, or other group or

4  combination acting as an entity.

5  3.      "Franchise Rule" or "Rule" means the FTC Trade Regulation Rule entitled "Disclosure

6  Requirements and Prohibitions Concerning Franchising and Business Opportunity Ventures,"

7  16 C.F.R. Part 436, as promulgated or as the Rule may hereafter be amended.

8  4.      "Franchise" and "franchisor" are defined as those terms are defined in Sections 436.2(a)

9  and (c) of the Franchise Rule, 16 C.F.R. §§ 436.2(a) and (c), and include "business opportunity

10  ventures" as set forth at 16 C.F.R. §§ 436.2(a)(1)(ii) and (2), and discussed in the FTC's Final

11  Interpretive Guide for the Franchise Rule, 44 Fed. Reg. 49,966 (August 24, 1979).  The term

12  "franchise" in this Order shall encompass any successor definition of the term "franchise" or

13  "business opportunity" in any future trade regulation rule or rules that may be promulgated by the

14  Commission to modify or supersede the Franchise Rule, in whole or in part, from the date any such

15  rule takes effect.

16  5.      "UFOC format" is defined as the Uniform Franchise Offering Circular disclosure format

17  that has been adopted by the North American Securities Administrators' Association and accepted

18  by the Commission for use in lieu of the Franchise Rule's disclosure format.

19  **ORDER**

20  **COMPLIANCE WITH THE FRANCHISE RULE**

21  **I.**

22  **IT IS THEREFORE ORDERED** that, in connection with the promoting, marketing,

23  advertising, offering for sale, or sale of any franchise, Defendant, as well as its successors,

24  assigns, officers, agents, servants, employees, entities or persons directly or indirectly under its

25  control, and those persons or entities in active concert or participation with it who receive actual

26  notice of this Order, by personal service or otherwise, whether acting directly or through any

27  corporation, subsidiary, division, or other device, is hereby permanently enjoined from violating,

28  Stipulated Judgment                         Page 3 of 15

or assisting others in violating, any provision of the FTC Act or the Franchise Rule, 16 C.F.R. Part 436, as promulgated or as it may hereinafter be amended, including, but not limited to:

A.    Failing to provide any prospective franchisee with a complete and accurate disclosure document containing all of the information required under Sections 436.1(a)(1)-(24) of the Franchise Rule, 16 C.F.R. §§ 436.1(a)(1)-(24), in the manner and within the times specified in the Franchise Rule; provided, however, that Defendant may choose to comply with the disclosure requirements of the Franchise Rule by fully and completely complying with the disclosure requirements set forth in the UFOC format. If the Defendant chooses to comply with the Franchise Rule by using the UFOC format, Defendant is hereby permanently enjoined from failing to comply with any provision of the UFOC. In the event the Franchise Rule is hereafter amended or modified, or the UFOC is amended or modified and any such UFOC amendment or modification is accepted by the Commission for use in lieu of the Franchise Rule's disclosure format, then Defendant's compliance with the Franchise Rule as so amended or modified, or the UFOC as so amended or modified and accepted by the Commission, shall not be deemed a violation of this Order.

B.    Failing to prepare, within a reasonable time after the close of each quarter of the fiscal year, any revisions to be attached to the disclosure document to reflect any material change in the franchisor or relating to the franchise business, as is required by 16 C.F.R. § 436.1(a)(22).

## COMPLIANCE TRAINING

## II.

**IT IS FURTHER ORDERED** that before Defendant may offer for sale any franchise, it must first participate in the franchise compliance education program sponsored by the International Franchise Association ("IFA"), or comparable program approved by the Commission, at its own expense.

Stipulated Judgment                Page 4 of 15

**CIVIL PENALTY**

**III.**

**IT IS FURTHER ORDERED** that judgment in the amount of $286,000 is hereby entered against Defendant as a civil penalty, pursuant to Section 5(m)(1)(A) of the Federal Trade Commission Act, 15 U.S.C. § 45(m)(1)(A).

A.  Defendant shall pay the civil penalty according to the following schedule. Prior to or concurrently with its execution of this Order, Defendant shall turn over $50,000 to its attorney, who shall hold this sum for no purpose other than payment to the Treasurer of the United States after entry of this Order by the Court. Within five (5) days of receipt of notice of the entry of this Order, Defendant's attorney shall transfer the $50,000 in the form of a wire transfer or certified or cashier's check made payable to the Treasurer of the United States. The check or written confirmation of the wire transfer shall be delivered to: Director, Office of Consumer Litigation, U.S. Department of Justice Civil Division, P.O. Box 386, Washington, DC 20044. The cover letter accompanying the check shall include the title of this litigation and a reference to DJ# 102-3235.

B.  Defendant shall pay an additional $50,000 within 90 days of entry of this Order; $50,000 within 180 days of entry of this Order; $50,000 within 270 days of entry of this Order; and the balance of $86,000 within 360 days of entry of this Order. Each payment shall be paid to the Treasurer of the United States in the form of a wire transfer or certified or cashier's check made payable to the Treasurer of the United States, as set forth in section A of this Paragraph.

C.  In the event of default on any payment required to be made by this Paragraph, the entire unpaid civil penalty, together with interest computed under 28 U.S.C. § 1961 -- accrued from the date of default until the date of payment -- shall be immediately due and payable. Defendant agrees that, in such event, the facts as alleged in the complaint filed in this action shall be taken as true in any subsequent litigation filed by Plaintiff or the Commission to enforce their rights pursuant to this Order, including but not limited to a nondischargeability complaint in any subsequent bankruptcy proceeding.

Stipulated Judgment                           Page 5 of 15

D.    Defendant shall cooperate fully with Plaintiff and the Commission and their agents in all attempts to collect any amount due pursuant to this Paragraph if Defendant fails to pay fully the amounts due at the times specified herein. In such an event, Defendant agrees to provide Plaintiff and the Commission with its federal and state tax returns for the preceding two years, and to complete new standard-form financial disclosure forms fully and accurately within ten (10) business days of receiving a request from Plaintiff or the Commission to·do so. Defendant further authorizes Plaintiff and the Commission to verify all information provided on its financial disclosure forms with all appropriate third parties, including but not limited to financial institutions.

E.    In accordance with 31 U.S.C. § 7701, Defendant is hereby required, unless it has done so already, to furnish to Plaintiff and the FTC its taxpayer identifying number(s) (social security numbers or employer identification numbers) which shall be used for purposes of collecting and reporting on any delinquent amount arising out of Defendant's relationship with the government.

## COMPLIANCE MONITORING

## IV.

**IT IS FURTHER ORDERED** that, for the purpose of monitoring and investigating compliance with any provision of this Order,

A.    Within ten (10) days of receipt of written notice from a representative of the Plaintiff or Commission, We The People shall submit additional written reports, sworn to under penalty of perjury; produce documents for inspection and copying; appear for deposition; and/or provide entry during normal business hours to any business location in such Defendant's possession or direct or indirect control to inspect the business operation;

B.    In addition, the Commission and Plaintiff are authorized to monitor compliance with this Order by all other lawful means, including but not limited to the following:

1.    obtaining discovery from any person, without further leave of court, using the procedures prescribed by Fed. R. Civ. P. 30, 31, 33, 34, 36, and 45;

Stipulated Judgment                         Page 6 of  15

2.    posing as consumers and suppliers to We The People, We The People employees, or any entity managed or controlled in whole or in part by We The People, without the necessity of identification or prior notice;

C.    Defendant shall permit representatives of the Commission or Plaintiff to interview any employer, consultant, independent contractor, representative, agent, or employee who has agreed to such an interview, relating in any way to any conduct subject to this Order. The person interviewed may have counsel present. *Provided, however*, that nothing in this Order shall limit the Commission's or Plaintiff's lawful use of compulsory process, pursuant to Sections 9 and 20 of the FTC Act, 15 U.S.C. §§ 49, 57b-1, to obtain any documentary material, tangible things, testimony, or information relevant to unfair or deceptive acts or practices in or affecting commerce (within the meaning of 15 U.S.C. § 45(a)(1)).

## COMPLIANCE REPORTING BY DEFENDANT

## V.

**IT IS FURTHER ORDERED** that, in order that compliance with the provisions of this Order may be monitored:

A.    For a period of three (3) years from the date of entry of this Order, We The People shall notify the Commission of any changes in corporate structure that may affect compliance obligations arising under this Order, including but not limited to a dissolution, assignment, sale, merger, or other action that would result in the emergence of a successor corporation; the creation or dissolution of a subsidiary, parent, or affiliate that engages in any acts or practices subject to this Order; the filing of a bankruptcy petition; or a change in the corporate name or address, at least thirty (30) days prior to such change, *provided* that, with respect to any proposed change in the corporation about which the Defendant learns less than thirty (30) days prior to the date such action is to take place, Defendant shall notify the Commission as soon as is practicable after obtaining such knowledge.

B.    One hundred eighty (180) days after the date of entry of this Order, We The People

shall provide a written report to the FTC, sworn to under penalty of perjury, setting forth in detail the manner and form in which they have complied and are complying with this Order. This report shall include, but not be limited to:

1.   Any changes required to be reported pursuant to subparagraph (A) above;

2.   A copy of each acknowledgment of receipt of this Order obtained by Defendant pursuant to Paragraph VII below;

3.   A statement describing the manner in which the Defendant has complied and is complying with the provisions of this Order requiring the dissemination of complete and accurate disclosure documents in the offering for sale or sale of franchises or business opportunity ventures; and

C.   For the purposes of this Order, Defendant shall, unless otherwise directed by the Commission's authorized representatives, mail all written notifications to the Commission to:

> Associate Director for Marketing Practices
> Federal Trade Commission
> Room 238
> 600 Pennsylvania Avenue, NW
> Washington, D.C. 20580
> Re: <u>U.S. v. We The People</u>

D.   For the purposes of this Order, Defendant shall, unless otherwise directed by a representative of Plaintiff, identify all written notifications to Plaintiff as provided in reference to DJ# 102-3235, and mail them to:

> Director, Office of Consumer Litigation
> U.S. Department of Justice - Civil Division
> P.O. Box 386
> Washington, DC 20044.

E.   For purposes of the compliance reporting and monitoring required by this Order, representatives of Plaintiff and the Commission are authorized to communicate directly with officers of Defendant.

Stipulated Judgment                    Page 8 of 15

# RECORD KEEPING PROVISIONS

## VI.

**IT IS FURTHER ORDERED** that, for a period of six (6) years from the date of entry of this Order, in connection with the offering for sale of franchises and business opportunity ventures, Defendant, as well as any of its principals, officers, directors, managers, subsidiaries, successors, and assigns; and those employees, agents, representatives and other persons under its control who engage in conduct related to the subject matter of this Order, and who receive actual notice of this Order by personal service or otherwise, are hereby restrained and enjoined from failing to create and retain the following records:

    A.    Accounting records that reflect the costs and revenues generated from the sale of franchises and business opportunity ventures;

    B.    Personnel records accurately reflecting: the name, address, and telephone number of each person employed in any capacity by such business, including as an independent contractor; that person's job title or position; the date upon which the person commenced work; and the date and reason for the person's termination, if applicable;

    C.    Customer files containing the names, addresses, phone numbers, dollar amounts paid, quantity of franchises purchased, and description of franchises purchased, to the extent such information is obtained in the ordinary course of business;

    D.    Complaints and refund requests (whether received directly, indirectly or through any third party) and any responses to those complaints or requests;

    E.    Copies of all sales scripts, training materials, advertisements, or other marketing materials;

    F.    Copies of all materially different versions of disclosure documents (or in the alternative, UFOCs) and, if applicable, earnings claims documents (or UFOC Item 19s) provided to prospective franchisees or business venture purchasers; and

Stipulated Judgment               Page 9 of 15

G.    All records and documents necessary to demonstrate full compliance with each provision of this Order, including but not limited to, copies of signed and dated acknowledgments of receipt of this order, required by Paragraph VII of this Order, and all reports submitted to the FTC pursuant to Paragraphs IV and V;

## DISTRIBUTION OF ORDER BY DEFENDANT

## VII.

**IT IS FURTHER ORDERED** that, for a period of three (3) years from the date of entry of this Order, Defendant shall (a) deliver copies of this Order to all of its principals, officers, directors and managers and (b) deliver a copy of this Order to all of its employees, agents, and representatives under its control who engage in conduct related to the subject matter of this Order. For current personnel, delivery shall be within five (5) days of service of this Order upon Defendant. For new personnel, delivery shall occur prior to them assuming their responsibilities. Defendant must secure a signed and dated statement acknowledging receipt of the Order within thirty (30) days of delivery from all persons receiving a copy of the Order pursuant to this Part.

## ACKNOWLEDGMENT OF RECEIPT OF ORDER BY DEFENDANT

## VIII.

**IT IS FURTHER ORDERED** that Defendant, within five (5) business days of receipt of this Order as entered by the Court, must submit to the Commission a truthful sworn statement acknowledging receipt of this Order. See Attachment A.

# RETENTION OF JURISDICTION

## IX.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction of this matter for purposes of construction, modification and enforcement of this Order.  Each party shall bear its own costs and attorneys fees.

**JUDGMENT IS THEREFORE ENTERED** in favor of plaintiff and against Defendant, pursuant to all the terms and conditions recited above.

Dated this _____ day of _____, 2004.

United States District Judge

Stipulated Judgment                    Page 11 of 15

SCANNED

1    The parties, by their respective counsel, hereby consent to the terms and conditions of this
Stipulated Order as set forth above and consent to the entry thereof.

2

DATED: *December 10, 2004*

3

Defendant:

4

PAUL, HASTINGS, JANOFSKY                  WE THE PEOPLE FORMS AND SERVICE

5    & WALKER, LLP                              CENTERS, U.S.A., INC.
515 South Flower Street, 25th Floor          1501 State Street

6    Los Angeles, California  90071-2228       Santa Barbara, California  93101

7

8    By: *Michael K. Lindsey*                By: *Jason F. Searns*
Michael K. Lindsey                          Jason F. Searns

9    Counsel for Defendant                     Senior Vice President

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Stipulated Judgment              Page 12 of 15

PLAINTIFF:

UNITED STATES OF AMERICA:

OF COUNSEL:
EILEEN HARRINGTON
Associate Director for
Marketing Practices
Federal Trade Commission
Washington, D.C. 20580

STEVEN TOPOROFF
Attorney
Federal Trade Commission
Washington, D.C. 20580
PHONE: (202) 326-3135
FAX:    (202) 326-3395

PETER D. KEISLER
Assistant Attorney General
Civil Division
U.S. Department of Justice

DEBRA W. YANG
United States Attorney

By: _____
GARY PLESSMAN
Assistant United States Attorney
United States Attorney's Office
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, California 90012
(213) 894-2474      (voice)
(213) 894-2380      (facsimile)


EUGENE M. THIROLF
Director
Office of Consumer Litigation

By: _____
ELIZABETH STEIN
Trial Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C.  20044
(202) 307-0486      (voice)
(202) 514-8742      (facsimile)

Stipulated Judgment                 Page 13 of 15

**ATTACHMENT A**

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

```
_____
UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff,           )
                                   )
       v.                          )          Civil No.
                                   )
We The People Forms and Service    )
Centers USA, Inc.                  )
                                   )
              Defendant.           )
_____)
```

     We The People and Service Centers USA, Inc. through its authorized representative, being duly sworn, hereby states and affirms as follows:

     1.    My name is_____. My current residence address is _____. I am a citizen of the United States and am over the age of eighteen. I have personal knowledge of the facts set forth in this Affidavit.

     2.    I am a representative of the Defendant in <u>United States of America v. We The People Forms and Service Centers USA, Inc.</u> (United States District Court for the Central District of California).

     3.    On _____, 200[ ], I received a copy of the Stipulated Final Order for Civil Penalties, Injunction, and Other Equitable Relief, which was signed by the Honorable _____ and entered by the Court on _____ 200[ ]. A true and correct copy of the Order I received is appended to this Affidavit.

Stipulated Judgment               Page 14 of 15

1

2    I declare under penalty of perjury under the laws of the United States that the

3    foregoing is true and correct.  Executed on _____ 200[ ], at _____

4    (city), _____ [state].

5

6                                                    _____

7                                                    [Full name of Defendant]
                                                     Authorized Representative of

8                                                    We The People Forms and Service Centers
                                                     USA, Inc.

9

10   State of _____, City of _____

11       Subscribed and sworn to before me
         this _____ day of _____, 200___.

12

13

14       _____
         Notary Public
         My Commission Expires:

15       _____

16

17

18

19

20

21

22

23

24

25

26

27

28   Stipulated Judgment                    Page 15 of 15

## REASONS FOR SETTLEMENT

This statement accompanies the Consent Decree executed by defendant We The People Forms And Service Centers USA, Inc. ("WTP"). The Consent Decree enjoins defendant from violating the Franchise Rule ("Rule"), 16 C.F.R. Part 436, with respect to the sale of WTP franchises. The Consent Decree requires payment of a $286,000 civil penalty.

Pursuant to Section 5(m)(3) of the Federal Trade Commission Act, as amended, 15 U.S.C. § 45(m)(3), the Commission hereby sets forth its reasons for settlement by entry of a Consent Decree for Injunctive and Other Relief:

On the basis of the allegations contained in the Complaint, the Commission believes that the payment of $286,000 in civil penalties by defendant WTP constitutes the appropriate amount on which to base the settlement. The provisions enjoining defendant from failing to comply with the Rule's disclosure requirements should assure its future compliance with the law. In addition, the Consent Decree requires the defendant to participate in a compliance training program sponsored by the International Franchise Association. Finally, with the entry of the Consent Decree, the time and expense of litigation will be avoided.

For the foregoing reasons, the Commission believes that the settlement by the entry of the attached Consent Decree is justified and well within the public interest.